

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00145-CV

**IN THE GUARDIANSHIP ESTATE OF MARIA I. RODRIGUEZ**

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2010-PC-2639
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are assessed against the party that incurred them.

SIGNED October 15, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice